

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2018

No. 04-18-00546-CR

Leslie Ann **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 561258
Honorable Susan Elizabeth Skinner, Judge Presiding

# O R D E R

The reporter's record was originally due on September 11, 2018. On September 26, 2018, the clerk of this court notified the court reporter, Kimberly Rice-Lobello, that she is the court reporter responsible for timely filing the reporter's record in this appeal and that the reporter's record is late. The clerk explained that if the reporter's record has not been filed because (1) the appellant has failed to pay or make arrangements to pay the reporter's fee and (2) the appellant is not entitled to appeal without paying the fee, the court reporter must file a notification of late record stating such fact within ten days. Otherwise, the court reporter must file the reporter's record within thirty days.

The court reporter did not timely file a notification of late record, nor has she filed the reporter's record. We, therefore, ORDER Kimberly Rice-Lobello to file the reporter's record no later than **December 3, 2018**. If the reporter's record is not received by such date, an order may be issued directing Kimberly Rice-Lobello to appear and show cause why she should not be held in contempt for failing to file the record.

We also ORDER the Clerk of this Court to mail a copy of this order to the trial judge, the Honorable Susan Skinner. *See* TEX. R. APP. P. 35.3(c) ("The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.").

_____
Karen Angelini, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2018.



_____
Keith E. Hottle
Clerk of Court